Mary Bryan HILL

v.

**HOM/ADE FOODS, INC. and Howard Burris.**

No. Civ.A. 00–2332.

United States District Court, W.D. Louisiana.

March 26, 2001.

Robert I Thompson, III, Shreveport, LA, for plaintiff.

Sidney L. Shushan, Landry & Lavelle, New Orleans, LA, for defendants.

### ORDER OF REMAND

WALTER, District Judge.

This Court has before it the Defendants' Appeal of Magistrate Judge Roy S. Payne's Ruling on the Plaintiff's Motion to Remand [Doc. # 19].

After a thorough review of the record in this matter, including this Court's Order of Remand [Doc. # 16] that was issued pursuant to Magistrate Judge Roy S. Payne's Memorandum Ruling [Doc. # 15], this Court finds that Magistrate Judge Roy S. Payne's Memorandum Ruling [Doc. # 15] was not "clearly erroneous or contrary to law." Fed.R.Civ.P. 72(a).

Therefore, IT IS ORDERED that the Defendants' Appeal of Magistrate Judge Payne's Ruling on the Plaintiff's Motion to Remand [Doc. # 19] should be and hereby is DISMISSED.

Further, IT IS ORDERED that this action be REMANDED to the FIRST JUDICIAL DISTRICT COURT, in and for CADDO PARISH, LOUISIANA.